UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DANIELLE MICHELLE STACY, | Civil No. 3:13-CV-05460-KLS |
| Plaintiff, | |
| vs. | ORDER AND JUDGMENT FOR REMAND |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the ALJ will evaluate the medical evidence; consider the medical opinions offered by Wayne Kim, D.O.; provide the weight accorded to Dr. Kim's opinions, and if rejecting the opinions, provide legally sufficient reasons for doing so; reassess the claimant's residual functional capacity; obtain, if necessary, supplemental vocational expert testimony; and issue a new decision.

DATED this 18th day of November, 2013.

Karen L. Strombom
United States Magistrate Judge

1

Presented by:

2

s/ Courtney Garcia

3  COURTNEY GARCIA
Special Assistant U.S. Attorney

4  Office of the General Counsel
Social Security Administration

5  701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

6  Telephone:  (206) 615-2934
Fax:  (206) 615-2531

7  courtney.garcia@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24